

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DOROTHY B. BACH | : | Case No. C 3 01-191 |
| Plaintiff | : | |
| -vs- | : | District Judge Thomas M. Rose |
| FIRST UNION NATIONAL BANK et al. | : | |
| Defendants. | : | |

### AGREED STATEMENT OF THE CASE

This is an action for damages brought by Dorothy B. Bach, the Plaintiff. Mrs. Bach claims the Defendant, First Union National Bank, intentionally violated her rights by engaging in a pattern of harassment and publishing false information about her, resulting in injury and causing damages. The Bank denies that Mrs. Bach suffered any damages and denies that it did anything wrong and therefore contends that it has no liability to Mrs. Bach. The purpose of this trial is to determine first whether the Bank violated certain legal rights held by Mrs. Bach, and if so to determine what damages, if any, should be awarded to Mrs. Bach and against Defendant.

Respectfully submitted,

*JOHN C. DEAL*
BY ROGER C. ECKERT (R.E.)
PER E-MAIL AUTHORIZATION

John C. Deal (0020223)
Kegler, Brown, Hill & Ritter
Capitol Square, Suite 1800
65 East State Street
Columbus, Ohio 43215-4294
(614)462-5424 telephone
(614)464-2634 facsimile
E-mail: jdeal@kbhr.com
Trail Attorney for Defendants First Union Corporation and First Union National Bank

*MICHAEL C. ECKERT*
BY ROGER C. ECKERT (R.E.)
PER TELEPHONE AUTHORIZATION

Michael C. Eckert (0066525)
Eckert & Eckert Co., L.P.A.
15 East Mill Street
Springboro, Ohio 45066
(937)748-5162 telephone
(937)748-5163 facsimile
E-mail: eckertlaw@prodigy.net
Trial Attorney for Plaintiff
Dorothy B. Bach